UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BRANDON ISAAC RUTHERFORD, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:25-CV-040-PPS-JEM |
| BRIAN EGLISH,[1] | |
| Defendant. | |

OPINION AND ORDER

Brandon Isaac Rutherford, a prisoner without a lawyer, was ordered to file an amended complaint by February 20, 2025, because his original complaint failed to state any claims. [ECF 4.] I cautioned him that if he didn't do so by the deadline, his case would be dismissed. [*Id.*] The deadline has passed, and Rutherford has not responded in any way.

Accordingly, this case is DISMISSED pursuant to 28 U.S.C. § 1915A for failure to state a claim.

SO ORDERED on March 3, 2025.

/s/ Philip P. Simon
JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Warden of the Miami Correctional Facility is Brian English, but for purposes of this order, I will use the spelling that Rutherford lists in his complaint.